# EXHIBIT K

**EXHIBIT K - Claim Chart for U.S. Patent No. 11,869,674**

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| 1pre | 1. A method of translating medical evidence into computational elements, said method comprising: | To the extent the preamble is found to be limiting, BJM makes, uses, sells, offers for sale, induces others to use and/or contributes to others' using systems, including BMJ Clinical Intelligence, that perform a method of translating medical evidence into computational elements.<br><br>"BMJ Clinical Intelligence is an evidence-based and continuously updated resource covering a range of medical specialties. Its structured representation of knowledge allows for a comprehensive understanding of relationships between medical entities, fostering better clinical decision-making."  (2024 - BMJ Why BMJ Knowledge Graph paper - BMJ_CI_White-Paper_WEB-1 ("BMJ White Paper") at 3.)<br><br>"The BMJ Clinical Intelligence approach involves knowledge engineering at scale, ensuring the translation of clinical guidelines into computable evidence."  (BMJ White Paper at 3.)<br><br>"BMJ Clinical Intelligence is the knowledge graph designed by BMJ. It is a set of continually updated, evidence-based, and structured knowledge assets."  (BMJ White Paper at 6.)<br><br>"The BMJ Clinical Intelligence knowledge graph is built upon knowledge assets that are evidence based and have a clear provenance that cites the source materials." (BMJ White Paper at 7.)<br><br>"What is BMJ Clinical Intelligence? Computable evidence in the form of a knowledge graph." (2024 - BMJ Clinical Intelligence Presentation 7.4.24 ("BMJ Presentation") at 17.) |
| 1a | inputting a portion of electronic text pertaining to a medical condition from a medical evidence source; | BMJ Clinical Intelligence inputs a portion of electronic text pertaining to a medical condition from a medical evidence source.<br><br>"Our clinical information is encoded and converted into computable form in a knowledge graph which drives algorithms that augment clinical decision-making."  (BMJ White Paper at 7.)  "Our clinical information" is a medical evidence source because BMJ is a journal and database that collect various medical evidence. |

1

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | | <br><br>(BMJ Presentation at 20.)  In the above figure, both BMJ's own source of documents and SNOMED CT can be considered medical evidence sources. |
| 1b | processing said electronic text using natural language processing (NLP) to produce a plurality of diagnostic factors indicative of said medical condition; | BMJ Clinical Intelligence processes said electronic text using natural language processing (NLP) to produce a plurality of diagnostic factors indicative of said medical condition.<br><br>In the section related to "Data Collection" (BMJ Presentation at 24), BMJ's Presentation shows that BMJ Computable Intelligence "can prepopulate from patient's record."  (BMJ Presentation at 27.) |

2

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | | <br>(BMJ Presentation at 29.)  The extractions of "Semi structured recommendations" and "tagging, coding, explicit structure" are based on natural language processing techniques.  Turning "guidelines" into "semi-structured recommendations" is an example of the use of NLP. |

3

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | |  |

(BMJ Presentation at 32, "diagnostic factor 11705".)  The above figure illustrates that BMJ extracts "diagnostic factors" from its medical evidence sources.

"The knowledge graph can also assess the output of large language models to validity check or to look for hallucinations or fabrications. Using a knowledge graph with a large language model also allows attribution of the references and source material. And the knowledge graphs and large language models can work together in a fused way."  (BMJ White Paper at 11.)  These statements show that BMJ deploys various NLP techniques.

Further evidence that BMJ Clinical Intelligence uses natural language processing appears on the "Knowledge graph architecture" page of the BMJ Clinical Intelligence website (https://clinicalintelligence.bmj.com/knowledge-graph-architecture/), from which it is apparent that the knowledge graph has tens of thousands of terms coded to SNOMED, ICD, RxNorm, and LOINC.

| # | '674 Patent Claim | Accused Product |
|---|---|---|
|  |  | In the letter from BMJ's counsel to Evidium's counsel dated January 24, 2025, BMJ admitted, "BMJ has invested significant sums over the last 15 years in making its Best Practice content semi-structured."  Making content into semi-structured data is another example of the use of NLP. Additionally, BMJ job postings for Technical Editor list responsibilities that include "Formatting text using Kriya and eXtyles editing packages." *See, e.g.,* https://biotechnologyjobs.co.uk/view-job/technical-editor-fee74f32a21f.  The tool eXtyles utilizes various NLP techniques, many of which are examples discussed in the '674 patent.<br><br>BMJ is in the business of managing medical journals and providing structured data extracted from these journals. The very process of creating databases from medical journal content, which is presented in natural language, inherently involves the use of NLP. In short, BMJ's core business involves processing natural language (medical journals). |
| 1c | displaying said diagnostic factors on a computing device to a person; | BMJ Clinical Intelligence displays said diagnostic factors on a computing device to a person. |

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | | <br><br>(BMJ Presentation at 32, "diagnostic factor 11705".)  The above diagram shows that diagnostic factor is a type of data instance.  Such information can be displayed as part of the knowledge graph or in any user interface. |

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | | (BMJ Presentation at 31, annotated with a red arrow that points to "symptom.")  The above figure appears to be a screencap of a user interface.  The above figure shows that a knowledge graph can be displayed to the end users.  The figure shows that "symptom" and "Finding" such as "wheezing" (examples of diagnostic factors) can be shown to a person, as recited in the claim. |
| 1d | receiving input from said person via said computing device indicating a factor group that subsumes said diagnostic factors and a rank for said factor group; and | BMJ Clinical Intelligence receives input from said person via said computing device indicating a factor group that subsumes said diagnostic factors and a rank for said factor group. |

7

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | | **What is BMJ Clinical Intelligence?**<br><br>● Computable evidence in the form of a knowledge graph<br><br>● Rigorous editorial methodology to ensure continuously updated, top quality, evidence-based content<br><br>● Used by BMJ for our own products and our customers<br>  ○ Integrated into clinical systems and workflows<br>  ○ Underpin end-user clinical products<br>  ○ Evidence view alongside real-world data (eg: patient records, claims data)<br><br>**BMJ** Clinical Intelligence<br><br>(BMJ Presentation at 17.) |

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | |  |

(BMJ Presentation at 32.)

Consistent with BMJ long-term practice, BMJ likely uses its editors' manual inputs as a human-in-the-loop approach in building its knowledge graph.  As indicated on page 17 of the BMJ Presentation, in explaining what BMJ Clinical Intelligence is, the Presentation emphasizes that BMJ employs "rigorous editorial methodology to ensure continuously updated, top quality, evidence-based content."  As a result of this "editorial methodology," the resultant knowledge graph architecture, as indicated on page 32 of the BMJ Presentation, includes diagnostic factors that are grouped and ranked as "Key," "Other," "Common," and "Uncommon."  This indicates that, in building the knowledge graph, BMJ presents various diagnostic factors for expert annotation and organization and storing any ranking and groupings in its database as data entries.

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | | The clinical analyst:<br><br>1. Chooses the clinical topic area or areas.<br>2. Defines the cohort to focus on across clinical, demographic and social features. The knowledge graph is used to support the analyst to cover those features most relevant to the clinical conditions.<br>3. Defines clinical metrics in terms of the take up of recommended interventions.<br><br>Enables analyst to:<br><br>● Identifies individuals that need intervention.<br>● Identifies process improvements if recommended interventions have been delayed, and monitors for improving trend in metrics.<br><br>(BMJ Presentation at 34.)  The above figure shows that a user such as a "clinical analyst" can choose different groupings such as "clinical topic area," or "defines the cohort to focus on across clinical, demographic and social features."  Concepts such as "clinical optic area" and "definition of cohort" can include groupings of diagnostic factors.<br><br>**Standards Based Data Capture HL7 FHIR Structured Data Capture**<br><br><br><br>(BMJ Presentation at 27.) |

10

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | | Several figures in the BMJ Presentation demonstrate that BMJ Clinical Intelligence likely allows end users to interact with the factor groups.  For example, the above screencap on page 27 of the BMJ Presentation shows that an end user can build a data collection form for COPD information.  The data could be "prepopulated from patient's record" and the "BMJ Computable Intelligence Knowledge Graph can help by providing the list of what is relevant."  The list on page 27 includes investigations (eosinophil level and FEV1), patient assessment (COPD assessment test score (this is the CAT score mentioned later)), and encounters (admissions for exacerbation).  As such, the user interface on page 27 shows that BMJ Clinical Intelligence allows an end user to group diagnostic factors that are relevant to COPD.<br><br><br><br>(BMJ Presentation at 36.) |

11

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | | <br><br>(BMJ Presentation at 38.)<br><br>A series of screencaptures from page 35 to page 38 of the BMJ Presentation provides another example where an end user can group diagnostic factors using BMJ Clinical Intelligence. The user interface shows that an end user may create a set of patients based on grouping and criteria, such as COPD, CAT scores, exacerbations, and Eosinophils. By receiving user selection of various grouping criteria, the BMJ system provides an identification of a group of patients (e.g., patient cohort) who fit the criteria. In order for the patients who fit the criteria to be identified, BMJ Clinical Intelligence needs to accept the diagnostic factor grouping selected by the user.<br><br>BMJ likely also allows end users to retrieve a knowledge graph and customize the knowledge graph. For example, on page 31 of the BMJ Presentation, BMJ provides a user interface that allows end users to view a knowledge graph. The end users likely have the capability to edit the underlying entries in the knowledge graph and add custom knowledge, including grouping and ranking, to the graph. |

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| 1e | storing said medical condition, said factor group and each of said diagnostic factors each as a separate entry in a database, said medical condition linked to said factor group and said factor group linked to each of said diagnostic factors, wherein an entry of each of said diagnostic factors in said database does not include information specific to said medical condition. | BMJ Clinical Intelligence stores said medical condition, said factor group and each of said diagnostic factors each as a separate entry in a database, said medical condition linked to said factor group and said factor group linked to each of said diagnostic factors, wherein an entry of each of said diagnostic factors in said database does not include information specific to said medical condition.<br><br>**Knowledge Graph Architecture**<br><br><br><br>(BMJ Presentation at 30.) |

13

| # | '674 Patent Claim | Accused Product |
|---|---|---|
|   |   |  (BMJ Presentation at 31.) |

| # | '674 Patent Claim | Accused Product |
|---|---|---|

(BMJ Presentation at 32.)  The three figures above about BMJ's "knowledge graph architecture" illustrate that diagnostic factor and "condition" (or "disease") are separate and independent data entries.

The figure on page 31 shows an example of a "Finding" node as "wheezing."  Since "wheezing" is a "diagnostic factor," the "Finding" node on page 30 is an example of "diagnostic factor" data entry, as recited in claim 1.   On page 30, a "Finding" node and a "Condition" node are separate and independent data entries.

BMJ's white paper discloses, "The knowledge assets are also comprehensive: they cover over thirty medical specialties across the breadth of primary, secondary, and tertiary care. They cover each topic in-depth and cover the entire clinical workflow at the point of care – including screening, triage, diagnosis, differential diagnosis, investigations, treatment, follow-up, and healthcare maintenance. The knowledge assets work at the population health level as well – they include comprehensive population health monitoring, intelligent analysis, and early intervention that can enable better screening and diagnosis, prompt and comprehensive treatment, and primary

15

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | | and secondary prevention." (BMJ White Paper at 7.) These statements indicate that BMJ's "comprehensive" "knowledge assets" include various types of data entries, including "screening," "diagnosis," "investigations," and "treatment." |

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| 12pre | A method of determining a state of a patient, said method comprising: | BJM makes, uses, sells, offers for sale, induces others to use and/or contributes to others' using systems, including BMJ Clinical Intelligence, that perform a method of determining a state of a patient.<br><br>"BMJ Clinical Intelligence can be utilized in clinical decision support at the point of care and in population health analysis. Its knowledge graph can identify deviations in patient care, suggest interventions, and facilitate early diagnosis." (BMJ White Paper at 3.)<br><br>"The knowledge assets are also comprehensive: they cover over thirty medical specialties across the breadth of primary, secondary, and tertiary care. They cover each topic in-depth and cover the entire clinical workflow at the point of care – including screening, triage, diagnosis, differential diagnosis, investigations, treatment, follow-up, and healthcare maintenance. The knowledge assets work at the population health level as well – they include comprehensive population health monitoring, intelligent analysis, and early intervention that can enable better screening and diagnosis, prompt and comprehensive treatment, and primary and secondary prevention." (BMJ White Paper at 7.) |

16

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | | (BMJ Presentation at 18.) |
| 12a | extracting, using natural language processing (NLP), from a medical evidence source a plurality of diagnostic factors indicative of a medical condition and storing each of said diagnostic factors and said medical condition as its own node in a database, said medical condition being linked to said diagnostic factors, wherein each of said diagnostic factor nodes do not include information specific | BMJ Clinical Intelligence extracts, using natural language processing (NLP), from a medical evidence source a plurality of diagnostic factors indicative of a medical condition and stores each of said diagnostic factors and said medical condition as its own node in a database, said medical condition being linked to said diagnostic factors, wherein each of said diagnostic factor nodes do not include information specific to said medical condition.<br><br>"Our clinical information is encoded and converted into computable form in a knowledge graph which drives algorithms that augment clinical decision-making." (BMJ White Paper at 7.) The statement indicates that BMJ extracts various data entries from "our clinical information." BMJ's own clinical information is a medical evidence source because BMJ is a journal and database that collect various medical evidence. |

17

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | to said medical condition; | <br><br>(BMJ Presentation at 29.)  The above figure shows that BMJ's extraction of various data entries uses natural language processing techniques.  For example, the extractions of "Semi structured recommendations" and "tagging, coding, explicit structure" are based on NLP techniques.  Turning "guidelines" into "semi-structured recommendations" is an example of the use of NLP.<br><br>In the letter from BMJ's counsel to Evidium's counsel dated January 24, 2025, BMJ admitted, "BMJ has invested significant sums over the last 15 years in making its Best Practice content semi-structured."  Making content into semi-structured data is another example of the use of NLP.<br><br>BMJ is in the business of managing medical journals and providing structured data extracted from these journals. The very process of creating databases from medical journal content, which is presented in natural language, inherently involves the use of NLP. In short, BMJ's core business involves processing natural language (medical journals). |

18

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | |  (BMJ Presentation at 32, "diagnostic factor 11705".)  The above figure shows that the extracted data entries include "diagnostic factor 11705" and "disease 905."  These data entries are examples of "diagnostic factors" and "medication condition" recited in claim 12. |

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | | <br>(BMJ Presentation at 30.) |

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | |  |

(BMJ Presentation at 31.)

The above figures (i.e., BMJ Presentation at 30, 31, and 32) about BMJ's "knowledge graph architecture" illustrate that conditions, symptoms, and findings are connected in the knowledge graph, meeting the claim limitation "said medical condition being linked to said diagnostic factors."

In addition, the above three figures show that diagnostic factor and "condition" (or "disease") are separate and independent nodes. The figure on page 31 shows an example of a "Finding" node as "wheezing." Since "wheezing" is a "diagnostic factor," the "Finding" node on page 30 is an example of "diagnostic factor" node recited in claim 12. On page 30, a "Finding" node and a "Condition" node are separate and independent nodes.

BMJ's white paper discloses, "The knowledge graph can also assess the output of large language models to validity check or to look for hallucinations or fabrications. Using a knowledge graph with a large language model also allows attribution of the references and source material. And the knowledge graphs and large language models can work together in a fused way." (BMJ White Paper at 11.) These statements further illustrate that BMJ deploys various NLP techniques. Given the Clinical intelligence is used also to enhance BMJ's existing products, BMJ also likely uses

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | | large language models (LLMs) and other NLP techniques to extract and store evidence-based guidelines in its knowledge graph.<br><br>BMJ's white paper also discloses, "The knowledge assets are also comprehensive: they cover over thirty medical specialties across the breadth of primary, secondary, and tertiary care. They cover each topic in-depth and cover the entire clinical workflow at the point of care – including screening, triage, diagnosis, differential diagnosis, investigations, treatment, follow-up, and healthcare maintenance. The knowledge assets work at the population health level as well – they include comprehensive population health monitoring, intelligent analysis, and early intervention that can enable better screening and diagnosis, prompt and comprehensive treatment, and primary and secondary prevention." (BMJ White Paper at 7.) These statements further indicate that BMJ's "comprehensive" "knowledge assets" include various types of data entries, including "screening," "diagnosis," "investigations," and "treatment." |
| 12b | for at least one of said diagnostic factors, storing demographics required to indicate said medical condition on the basis of said at least one diagnostic factor in a demographics node located between said medical condition node and a node representing said at least one diagnostic factor; | For at least one of said diagnostic factors, BMJ Clinical Intelligence stores demographics required to indicate said medical condition on the basis of said at least one diagnostic factor in a demographics node located between said medical condition node and a node representing said at least one diagnostic factor.<br><br>**2** Refine the cohort<br><br>**Dr Smith identifies the cohort of patients she is interested in**<br><br>Age range: 65+ years old ⌄    Demographic features: Ethnicity: Asian, Sex: Male ⌄<br><br>(BMJ Presentation at 36.) The above figure shows various demographic features. |

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | |  (BMJ Presentation at 30.)  The above figure on "knowledge graph architecture" shows that a demographics node (e.g., "Patient population definition") can be between a medical condition node (e.g., "Condition") and a node representing diagnostic factor (e.g., "Finding" or "Investigation"). In the analysis immediately below, the figure on page 31 will show that a "Finding" node is an example of "diagnostic factor" node as recited in claim 12.  The figure on page 45 will show that the "Patient population definition" node on page 30 is a "demographics node" as recited in claim 12. |

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | |  (BMJ Presentation at 31.)  This figure shows an example of a "Finding" node as "wheezing," which fits the description a "diagnostic factor" node recited in claim 12. |

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | | (BMJ Presentation at 45.)  "Patient population" includes "demographics."  This demonstrates that the "Patient population definition" node on page 30 is a demographics node recited in claim 12. |
| 12c | extracting from a medical evidence source a plurality of laboratory tests indicative of said medical condition and storing each of said laboratory tests as its own node in said database, said medical condition being linked to said laboratory tests, wherein each of said laboratory test nodes does not include information specific to said medical condition; | BMJ Clinical Intelligence extracts from a medical evidence source a plurality of laboratory tests indicative of said medical condition and storing each of said laboratory tests as its own node in said database, said medical condition being linked to said laboratory tests, wherein each of said laboratory test nodes does not include information specific to said medical condition.<br><br><br><br>(BMJ Presentation at 36.)  The examples "clinical features" above, include "CAT score," "Eosinophils" level, can be examples of laboratory tests recited in the claims.  BMJ has admitted that those data are stored in the knowledge graph because those data can be "pulled from a knowledge graph query," as illustrated in the above figure. |

25

| # | '674 Patent Claim | Accused Product |
|---|---|---|
|  |  | <br><br>(BMJ Presentation at 39.)  Likewise, things like "Spirometry," "Alpha 1 antitrypsin level," are other examples of laboratory test data that are stored and can be "pulled from a knowledge graph query." |

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | |  **Knowledge Graph Architecture**<br><br>(BMJ Presentation at 30.)  The "Investigation" node in the above figure can be an example of a laboratory test node recited in claim 12.  Such "Investigation" node is independent of a "Condition" node. |

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | | <br><br>(BMJ Presentation at 32.)  The "screen action," "investigation," "treatment action," and "prognosis" are examples of nodes that can be used to store laboratory tests.  As illustrated in slides 36 and 39, laboratory tests such as "Spirometry," "Alpha 1 antitrypsin level," "CAT score," "Eosinophils" are stored in the knowledge graph and are likely stored in one of those examples of nodes. |
| 12d | for at least one of said laboratory tests, storing test results required to indicate said medical condition on the basis of said at least one laboratory test in a results node located | For at least one of said laboratory tests, BMJ Clinical Intelligence stores test results required to indicate said medical condition on the basis of said at least one laboratory test in a results node located between said medical condition node and a node representing said at least one laboratory test. |

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | between said medical condition node and a node representing said at least one laboratory test; and | **Knowledge Graph Architecture**<br><br><br><br>(BMJ Presentation at 30.)  The "Result" node in above figure is in between a "Condition" node and an "Investigation" node. |
| 12e | matching patient data from a patient medical chart to at least one of said diagnostic factor nodes, said demographics node, at least one of said laboratory test nodes, and said results node in order to display a | BMJ Clinical Intelligence matches patient data from a patient medical chart to at least one of said diagnostic factor nodes, said demographics node, at least one of said laboratory test nodes, and said results node in order to display a result indicating a likelihood that said patient has said medical condition. |

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | result indicating a likelihood that said patient has said medical condition. | <br>(BMJ Presentation at 38.)  The above figure shows patients are selected based on demographics and testing results. |

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | | <br><br>(BMJ Presentation at 40.)  The above figure shows that BMJ "prioririse [sic] patients" and "the knowledge graph drives the identification of those patient records that mention COPD and/or spirometry by matching to Quality Metric concepts and logic." This indicates that patient data is matched to various nodes and entries in BMJ's knowledge graph such that BMJ can "prioritize patients" and perform "identification of those patient records." |

| # | '674 Patent Claim | Accused Product |
|---|---|---|
| | |  (BMJ Presentation at 45.)   In a "sustainable patient centred cycle" a knowledge graph leads to "new diagnosis" and also "directly drives" "decision support and analytics."  These are examples of "a result indicating a likelihood that said patient has said medical condition" as recited in the claim. |