# EXHIBIT L

**EXHIBIT L - Claim Chart for U.S. Patent No. 12,518,882**

| # | '882 Patent Claim | Accused Product |
|---|---|---|
| 1pre | 1. A computer system for integrating medical evidence text into a computational form, said computer system comprising: | To the extent the preamble is found to be limiting, BMJ makes, uses, sells, offers for sale, induces others to use and/or contributes to others' using systems, including BMJ Clinical Intelligence, for integrating medical evidence text into a computational form.<br><br>The BMJ stated in its presentation, it used "rigorous editorial methodology to ensure continuously updated, top quality, evidence-based content" to create BMJ Clinical Intelligence ("CI"). (CI Presentation at 17.) On the cover page of the CI Presentation, BMJ marketed CI as a tool "delivering computable evidence at scale." (CI Presentation at 1.) This indicates the BMJ has "continuously updated" its "evidence-based content" into "computable evidence at scale."<br><br>In its CI Whitepaper entitled "Why the BMJ Knowledge Graph," BMJ also touted that it is "well-positioned to lead in this work [of knowledge graph]" because "BMJ has published in the field of medicine and healthcare since 1840." (See below, CI Whitepaper at 7.) Its publications are examples of "medical evidence text" that is recited in the preamble.<br><br>Hence, BMJ has integrated "medical evidence text" (e.g., its papers and journals) into a computational form (e.g., CI).<br><br>**What is BMJ Clinical Intelligence?**<br><br>• Computable evidence in the form of a knowledge graph<br><br>• Rigorous editorial methodology to ensure continuously updated, top quality, evidence-based content<br><br>(CI Presentation at 17.)<br><br>Delivering computable evidence at scale<br><br>(CI Presentation at 1.) |

| # | '882 Patent Claim | Accused Product |
|---|---|---|
| | | **BMJ** Clinical Intelligence<br><br>BMJ Clinical Intelligence: the role of computable evidence in improving population health<br><br>(CI Presentation at 1.)<br><br>BMJ is well-positioned to lead in this work. BMJ has published in the field of medicine and healthcare since 1840. It is a world-class medical publisher with decades of experience in publishing top-tier clinical journals that are known worldwide. BMJ has also been providing digital clinical decision support for over fifteen years. It has now built an expert knowledge engineering team with deep experience in the translation process from guidelines to computable evidence at scale across whole domains – from clinical medicine to population health. The result is computable evidence that can be applied at the point of care and in population health management for each and every clinical decision made.<br><br>(CI Whitepaper at 7.) |
| 1a | one or more processors; and<br><br>memory that stores instructions, wherein the instructions, when executed by the one or more processors, cause the one or more processors to: | BMJ Clinical Intelligence comprises one or more processors; and memory that stores instructions, wherein the instructions, when executed by the one or more processors, cause the one or more processors to perform the claimed steps that follow.<br><br>Based on the figure below from BMJ's Presentation, CI is clearly a computer product.  Hence, BMJ uses "processors" and "memory that stores instructions" to build and operate CI. |

| # | '882 Patent Claim | Accused Product |
|---|---|---|
| | | **Getting evidence into analysis and decision support**<br><br>(CI Presentation at 20.) |
| 1b | receive electronic text in a plurality of medical evidence sources, said electronic text pertaining to a plurality of medical conditions, | BMJ Clinical Intelligence receives electronic text in a plurality of medical evidence sources, said electronic text pertaining to a plurality of medical conditions.<br><br>BMJ is well-positioned to lead in this work. BMJ has published in the field of medicine and healthcare since 1840. It is a world-class medical publisher with decades of experience in publishing top-tier clinical journals that are known worldwide. BMJ has also been providing digital clinical decision support for over fifteen years. It has now built an expert knowledge engineering team with deep experience in the translation process from guidelines to computable evidence at scale across whole domains – from clinical medicine to population health. The result is computable evidence that can be applied at the point of care and in population health management for each and every clinical decision made.<br><br>(CI Whitepaper at 7.)<br><br>The paragraph above in BMJ's CI Whitepaper indicates that BMJ relies on its "clinical journals" to provide computable evidence.  The papers in the "clinical journals" include "electronic text from published content in a plurality of medical evidence sources" that are recited in the claim.<br><br>The electronic text received by BMJ also pertains to various medical conditions.<br><br>Three examples of medical publications by BMJ Open that pertain to different medical conditions are discussed.<br><br>"Publication 1" is entitled, "Accessing primary care Big Data: the development of a software algorithm to explore the rich content of consultation records," which discussed various respiratory and non respiratory conditions.  (Publication 1 at 3.) |

3

| # | '882 Patent Claim | Accused Product |
|---|---|---|
|  |  | "Publication 2" is entitled, "Association between rhinovirus wheezing illness and the development of childhood asthma: a meta-analysis," which discussed rhinovirus wheezing illness and asthma. (Publication 2 at 1.)<br><br>"Publication 3" is entitled, "Working in a cold environment, feeling cold at work and chronic pain: a cross-sectional analysis of the Tromsø Study," which discussed cold and chronic pain. (Publication 3 at 1.) |
| 1c | wherein at least a subset of said medical evidence sources includes a published journal; | At least a subset of said medical evidence sources from which BMJ Clinical Intelligence receives electronic text includes a published journal.<br><br>BMJ Journals<br>https://journals.bmj.com<br><br>**BMJ Journals: Home**<br>Our **peer reviewed journals** include high impact, selective titles that publish innovative research, comprehensive reviews, educational content and case studies.<br><br>https://journals.bmj.com/<br><br>From the title of BMJ Journals website, BMJ operates a number of journals.<br><br>The three medical publication examples are published by BMJ Open. It is an "online, open access journal," which is one of the examples of a published journal. |

| # | '882 Patent Claim | Accused Product |
|---|---|---|
| | | **BMJ** Journals<br><br>**BMJ Open**<br><br>**BMJ Open** is an online, open access journal, dedicated to publishing medical research from all disciplines and therapeutic areas.<br><br>https://bmjopen.bmj.com/ |
| 1d | retrieve a plurality of diagnostic factors that are associated with one or more of said plurality of medical conditions, | BMJ Clinical Intelligence retrieves a plurality of diagnostic factors that are associated with one or more of said plurality of medical conditions.<br><br>BMJ is well-positioned to lead in this work. BMJ has published in the field of medicine and healthcare since 1840. It is a world-class medical publisher with decades of experience in publishing top-tier clinical journals that are known worldwide. BMJ has also been providing digital clinical decision support for over fifteen years. It has now built an expert knowledge engineering team with deep experience in the translation process from guidelines to computable evidence at scale across whole domains – from clinical medicine to population health. The result is computable evidence that can be applied at the point of care and in population health management for each and every clinical decision made.<br><br>(CI Whitepaper at 7.)<br><br>**What is BMJ Clinical Intelligence?**<br><br>• Computable evidence in the form of a knowledge graph<br><br>• Rigorous editorial methodology to ensure continuously updated, top quality, evidence-based content<br><br>(CI Presentation at 17.) |

5

| # | '882 Patent Claim | Accused Product |
|---|---|---|
| | | The paragraph in the Whitepaper and the Presentation indicate BMJ uses "rigorous editorial methodology" to turn the electronic text its papers in clinical journals into "computable evidence in the form of a knowledge graph."<br><br>Below is a specific example of how BMJ extracts an association between a diagnostic factor and a medical condition from an electronic text to put such association into the knowledge graph of CI.<br><br>In Publication 1, "Accessing primary care Big Data: the development of a software algorithm to explore the rich content of consultation records," the electronic text discussed that "wheeze," which is a diagnostic factor, is associated with "Asthma," which is a medical condition.<br><br><br><br>In the knowledge graph of CI as demonstrated in the CI Presentation, BMJ extracted such association and showed that "wheezing" is a "symptom" of "asthma."<br><br><br><br>(CI Presentation at 31.) |

| # | '882 Patent Claim | Accused Product |
|---|---|---|
| | | **Knowledge Graph Architecture**<br><br>(BMJ Presentation at 32, "diagnostic factor 11705".)  The above figure also illustrates that BMJ has extracted many "diagnostic factors" that are associated with "disease," which is an example of a medical condition. |
| 1e | wherein said medical evidence sources provide different taxonomies that arrange one or more said diagnostic factors and/or one or more said medical conditions in different hierarchies, and | Said medical evidence sources from which BMJ Clinical Intelligence receives electronic text provide different taxonomies that arrange one or more said diagnostic factors and/or one or more said medical conditions in different hierarchies.<br><br>Below are two examples of medical evidence sources that are used by BMJ which have different taxonomies that arrange "wheezing" in different hierarchies.  While "wheezing" is used as an example, BMJ's CI uses many different diagnostic factors and medical conditions that will equally meet this claim element.<br><br>The first example of a medical evidence source is Publication 1.<br><br>The first medical evidence source puts "wheezing-ill" in a first taxonomy that is based on the hierarchy of "classification of consultation."  See Figure 1 at the bottom of the screen capture. |

7

| # | '882 Patent Claim | Accused Product |
|---|---|---|

Open Access

analysis of the data and development of the methodology. Challenges identified within the exploratory analysis were discussed among the entire research team and consensus was achieved.

### Creating the respiratory condition categories

A hierarchical classification system was developed (figure 1). The first level of the hierarchy divided all consultations into either 'respiratory' or 'not respiratory'. The 'not respiratory' category included consultations for conditions such as injury or gastroenteritis, as well as consultations in which the respiratory system was examined as a screening test, but no signs, symptoms or diagnoses were recorded. These screening consultations were excluded so that the burden of respiratory illness estimate was not inflated by consultations that did not result from a respiratory illness.

The second level of the hierarchy subclassified consultations into one or more specific respiratory conditions. When selecting these conditions, consideration was given to the degree to which these could be mapped to conditions of high prevalence (those that are common) and/or conditions responsible for significant morbidity and hospitalisation (those that are important). Initially 14 categories were selected; however, exploratory analysis indicated that the prevalence of some of these conditions was very low (<4%), and insufficient to effectively train an algorithm. Consequently, conditions with low individual prevalence were combined within categories based on anatomical proximity (eg, pharyngitis and tonsillitis).

Ultimately, six condition categories were created: (1) upper respiratory tract infections; (2) lower respiratory tract infections; (3) wheeze-related illness; (4) throat infections; (5) otitis media; and (6) other respiratory conditions. The main conditions included within each category are presented in table 1.

### Methodological decisions

Inclusion of both practice nurse and GP consultations was initially planned as these both contribute to the

primary care burden, however, during exploratory analysis, it was found that many nursing clinical records were created as a result of telephone calls (including messages left), immunisation visits and general health and development checks. It was not possible to cross reference clinical records with appointment bookings to differentiate between clinical consultations and other non-consultation records because many nurses did not keep appointments in the same manner as did GPs. Consequently, nurse-only clinical records were excluded. If a nurse and GP both consulted the same child on the same day, PROSAIC merged these clinical records so that important information was not omitted (GPs often did not re-record information already captured within the nursing notes).

When interpreting the content of individual consultations, the following methodological decisions were made: (1) any directly declared and diagnosed condition by the GP was accepted at face value, even if the clinical experts within the research team disagreed with the GP's impression; (2) when the GP's clinical impression regarding symptoms differed from that of the child's (or their parent's) report, the GP's assessment was accepted at face value; (3) signs and symptoms reported within the consultation were deemed to be part of the current episode unless these were clearly delineated as being historical (ie, 'pneumonia 3 years ago') or absent (ie, 'no wheeze').

### Algorithm development and training

The Child Respiratory Algorithm ('the Algorithm') was created to classify each consultation, based on the respiratory condition or conditions that were assessed or managed during the consultation, using PROSAIC software. The PROSAIC system was chosen: (1) as it had been successfully used previously to solve similar problems of classifying acute general practice presentations from clinical narrative; and (2) as the research team had expertise with this software; and also, (3) because it had been developed by the local PHO involved in the

**Figure 1** Hierarchy for classification of consultations, using free text notes, diagnostic Read codes and medication prescription. GP, general practitioner; URTI, upper respiratory tract infection; LRTI, lower respiratory tract infection; Wheeze-ill, wheeze-related illness.

BMJ Open: first published as 10.1136/bmjopen-2015-008160 on 21 August 2015. Downloaded from http://bmjopen.bmj.com/ on August 21, 2025 by guest. Protected by copyright, including for uses related to text and data mining, AI training, and similar technologies.

(Publication 1 at 3.)

The first medical evidence source also puts "wheeze" and wheeze-related conditions into another taxonomy, which is a Table 1 that is based on the hierarchy of respiratory classification categories.

8

| # | '882 Patent Claim | Accused Product |
|---|---|---|
| | | (Publication 1 at 4.)<br><br>The second example of a medical evidence source is SNOMED CT, which is used by BMJ CI as shown in the graph below. |

9

| # | '882 Patent Claim | Accused Product |
|---|---|---|
| | | (CI Presentation at 20.)<br><br>SNOMED-CT is also explicitly mentioned in BMJ's CI website regarding the knowledge graph architecture as being linked to clinical coding systems.<br><br><br><br>https://clinicalintelligence.bmj.com/knowledge-graph-architecture/<br><br>The second medical evidence source, SNOMED CT, puts "wheezing" in another taxonomy that is based on the hierarchy of respiratory sounds. The link below reveals a screen capture of the "Visualization" tab that illustrates this hierarchy. |

10

| # | '882 Patent Claim | Accused Product |
|---|---|---|
| | | <br><br>https://bioportal.bioontology.org/ontologies/SNOMEDCT?p=classes&conceptid=http%3A%2F%2Fpurl.bioontology.org%2Fontology%2FSNOMEDCT%2F301703002<br><br>In the two medical evidence sources above, wheezing is arranged in different hierarchies based on different concepts and is associated with different other diagnostic factors and/or medical conditions such as "throat infection" in the first medical evidence source (Publication 1), and "expiratory polyphonic wheeze" in the second medical evidence source (SNOMED). |
| 1f | wherein a first diagnostic factor is discussed in part of said electronic text as being indicative of a first medical condition; | In BMJ Clinical Intelligence, a first diagnostic factor is discussed in part of said electronic text as being indicative of a first medical condition.<br><br>In Publication 1, the authors discussed that "wheeze" is indicative of "Asthma," which is a medical condition. |

11

| # | '882 Patent Claim | Accused Product |
|---|---|---|
| | | Wheeze-related illness ▶ Bronchiolitis ▶ Virus-induced transient wheeze ▶ Persistent wheeze (non-atopic or atopic) ▶ Asthma<br><br>(Publication 1 at 4.)<br>While in this claim chart "wheeze" is used as an example of "first diagnostic factor" recited in the claim and "asthma" is used as "first medical condition" recited in the claim, BMJ's CI uses many more examples of diagnostic factors and medical conditions that will meet the claim element. |
| 1g | create a graph database cross-linking said one or more diagnostic factors and said one or more medical conditions that are arranged in different hierarchies in said medical evidence sources; | BMJ Clinical Intelligence creates a graph database cross-linking said one or more diagnostic factors and said one or more medical conditions that are arranged in different hierarchies in said medical evidence sources.<br><br>The knowledge graph in BMJ's CI includes cross-links to various diagnostic factors and medical conditions.  For example, on page 32 of BMJ's CI Presentation, BMJ shows that the knowledge graph in CI includes many "diagnostic factors" and many "disease[s]," which are medical conditions.<br><br><br>(BMJ Presentation at 32.)<br><br>In a specific example of part of the knowledge graph in CI, BMJ shows that medical conditions of "upper airway dysfunction," "chronic obstructive lung disease," and "asthma" are cross-linked to each other and also cross-linked to the diagnostic factor of "wheezing." |

12

| # | '882 Patent Claim | Accused Product |
|---|---|---|
| | | (CI Presentation at 31.) These medical conditions of "upper airway dysfunction," "chronic obstructive lung disease," and "asthma," and the diagnostic factor of "wheezing" are arranged in different hierarchies in the original medical evidence sources.  For example, "upper respiratory tract infections," "chronic lung disease," "asthma," and "wheeze" are all included in the Table 1 of Publication 1. |

| # | '882 Patent Claim | Accused Product |
|---|---|---|
| | | **Table 1** Respiratory classification categories and the conditions included in each<br><br>**Classification category** — **Respiratory conditions included within category***<br><br>Upper respiratory tract infections<br>▶ Cold<br>▶ Croup<br>▶ Influenza-like illness<br>▶ Viral influenza in the absence of associated signs or symptoms indicative of lower respiratory tract infection<br>▶ Scarlet fever<br>▶ Tracheitis<br>▶ Cough in the absence of associated signs or symptoms indicative of asthma or lower respiratory tract infection<br><br>Lower respiratory tract infections<br>▶ Bronchitis<br>▶ Bronchopneumonia<br>▶ Chest infection<br>▶ Chronic lung disease<br>▶ Cystic fibrosis<br>▶ Lung abscess/bronchiectasis<br>▶ Pertussis<br>▶ Pleurisy<br>▶ Pneumonia<br>▶ Tuberculosis<br>▶ Whooping cough<br><br>Wheeze-related illness<br>▶ Bronchiolitis<br>▶ Virus-induced transient wheeze<br>▶ Persistent wheeze (non-atopic or atopic)<br>▶ Asthma<br><br>Throat infections<br>▶ Infectious mononucleosis<br>▶ Laryngitis<br>▶ Pharyngitis<br>▶ Pharyngotonsillitis<br>▶ Tonsillitis<br><br>Otitis media<br>▶ Acute otitis media<br>▶ Chronic suppurative otitis media<br>▶ Otitis media with effusion<br>▶ Glue ear<br><br>Other respiratory<br>▶ Conditions with very low prevalence) for which there are not individual categories<br>– Allergic rhinitis<br>– Hay fever<br>– Rhinitis<br>– Sinusitis<br>▶ Consultations in which respiratory symptoms are present but there is insufficient<br><br>(Publication 1 at 4.) |

| # | '882 Patent Claim | Accused Product |
|---|---|---|
| 1h | store said one or more diagnostic factors and said one or more medical conditions that are cross-linked as separate entries in said graph database, | BMJ Clinical Intelligence stores said one or more diagnostic factors and said one or more medical conditions that are cross-linked as separate entries in said graph database.<br><br>In the knowledge graph in CI, medical conditions of "upper airway dysfunction," "chronic obstructive lung disease," and "asthma," and the diagnostic factor of "wheezing" which are cross-linked and are separate entries.<br><br><br><br>(CI Presentation at 31.) |
| 1i | wherein a first entry of said first diagnostic factor indicative of said first medical condition is linked to a second entry of said first medical condition in said graph database, and | A first entry of said first diagnostic factor indicative of said first medical condition in BMJ Clinical Intelligence is linked to a second entry of said first medical condition in said graph database. |

15

| # | '882 Patent Claim | Accused Product |
|---|---|---|
| | | <br><br>(CI Presentation at 31.)<br><br>Continuing to refer to page 31 of the CI Presentation, in this claim chart, "wheezing" is used as an example of "said first diagnostic factor" and "asthma" is used as an example of "said first medical condition."  Hence, in the figure above, the "Finding" node representing "wheezing" is an exmaple of a "first entry" recited in the claim and the "Condition" node representing "asthma" is an example of a "second entry."  The "Finding" node and the "Condition" node are directly linked.<br><br>An article from Heathcare IT Today reporting on a discussion with Derrick Leung, Business Development Director at BMJ Group, describes that BMJ's "knowledge graphs map the dynamic relationships between symptoms, diseases, and treatments to provide a more flexible and accurate diagnostic pathway."  *Why BMJ Group is Embedding 200 Years of Evidence Directly into Clinical Workflows*, available at https://www.healthcareittoday.com/2026/04/17/why-bmj-group-is-embedding-200-years-of-evidence-directly-into-clinical-workflows/ (last visited May 7, 2026) ("Heathcare IT Today Article"). |
| 1j | wherein said first entry of said first diagnostic factor in said graph database does not include information specific to said first medical | Said first entry of said first diagnostic factor in said graph database in BMJ Clinical Intelligence does not include information specific to said first medical condition represented by said second entry. |

16

| # | '882 Patent Claim | Accused Product |
|---|---|---|
| | condition represented by said second entry; and | (BMJ Presentation at 31.)<br><br>Continuing to refer to page 31 of the CI Presentation, the first entry "Finding" node representing "wheezing" does not show any information specific to asthma and such "Finding" node is independent of the "Condition" node representing asthma.  In addition, this "Finding" node is directly linked to three different "Condition" nodes: "upper airway dysfunction," "asthma," and "chronic obstructive lung disease."  As such, "Finding" node "does not include infomration specific to" "asthma" that is reprsented by that "Condition" node.  The "Finding" node is linked to several other "Condition" nodes. |

17

| # | '882 Patent Claim | Accused Product |
|---|---|---|
| | | <br><br>(BMJ Presentation at 32.)  This figure about BMJ's "knowledge graph architecture" also illustrates that diagnostic factor and "condition" (or "disease") are separate and independent entries. |
| 1k | establish one or more application programming interfaces (APIs) for said graph database, said one or more APIs allowing an application to integrate with said graph database to access said separate entries that are linked in said graph database in order to generate a healthcare determination. | BMJ Clinical Intelligence establishes one or more application programming interfaces (APIs) for said graph database, said one or more APIs allowing an application to integrate with said graph database to access said separate entries that are linked in said graph database in order to generate a healthcare determination.<br><br>The illustration below includes evidence that CI allows other software applications, such as CQL, FHIR, and SMART, to integrate with CI's knowledge graph.  (CI Presentation at 20 and BMJ CI website)  Hence, BMJ has established one or more APIs to integrate CI with other software applications. |

| # | '882 Patent Claim | Accused Product |
|---|---|---|
| | | <br><br>(CI Presentation at 20.)<br><br>BMJ's CI website also has a "technical architecture" page that shows that the "knowledge graph repository" supports "KG [knowledge graph] extract / query" to enable "Direct knowledge graph query" and "LLM support."   It also provides "Clinical data APIs."<br><br>https://clinicalintelligence.bmj.com/technical-architecture/<br><br>BMJ indicated that the use cases of CI include "directing care," "support next best clinical action." (CI Presentation at 21.)  This shows that the APIs enable software to generate "a healthcare determination," as recited in the claim. |

19

| # | '882 Patent Claim | Accused Product |
|---|---|---|
| | | <br><br>(CI Presentation at 21.)<br><br>## How might BMJ Clinical Intelligence be used?<br><br>BMJ Clinical Intelligence can be used in multiple contexts. It can be used in clinical decision support at the point of care via web services or as a SMART on FHIR application for individual patients. It can also be used as a knowledge resource in population health to address the care of cohorts of patients.<br><br>At the point of care, the graph can be queried to look for deviations from a patient's expected course – for a care gap or untoward trend. And in turn, once it detects a deviation, it can suggest an early intervention to rectify the patient's care.<br><br>(CI Whitepaper at 8.)<br><br>The Heathcare IT Today Article describes that BMJ is "moving that knowledge base directly into the clinical workflow via an API." |