# EXHIBIT M

**EXHIBIT M - Claim Chart for U.S. Patent No. 12,518,883**

| # | '883 Patent Claim | Accused Product |
|---|---|---|
| 23-pre | 23.      A system for providing reasoning capability to integrated medical evidence from medical evidence sources, the system comprising: | To the extent the preamble is found to be limiting, BMJ makes, uses, sells, offers for sale, induces others to use and/or contributes to others' using systems, including BMJ Clinical Intelligence, for providing reasoning capability to integrated medical evidence from medical evidence sources.<br><br>BMJ stated in its presentation that it uses "rigorous editorial methodology to ensure continuously updated, top quality, evidence-based content" to create BMJ Clinical Intelligence ("CI").  (CI Presentation at 17.)  On the cover page of the CI Presentation, BMJ marketed CI as a tool "delivering computable evidence at scale."  (CI Presentation at 1.)  This indicates the BMJ has "continuously updated" its "evidence-based content" to generate "integrated medical evidence."<br><br>**What is BMJ Clinical Intelligence?**<br><br>● Computable evidence in the form of a knowledge graph<br><br>● Rigorous editorial methodology to ensure continuously updated, top quality, evidence-based content<br><br>(CI Presentation at 17.)<br><br>Delivering computable evidence at scale<br><br>(CI Presentation at 1.)<br><br>BMJ is well-positioned to lead in this work. BMJ has published in the field of medicine and healthcare since 1840. It is a world-class medical publisher with decades of experience in publishing top-tier clinical journals that are known worldwide. BMJ has also been providing digital clinical decision support for over fifteen years. It has now built an expert knowledge engineering team with deep experience in the translation process from guidelines to computable evidence at scale across whole domains – from clinical medicine to population health. The result is computable evidence that can be applied at the point of care and in population health management for each and every clinical decision made.<br><br>(CI Whitepaper at 7.)<br><br>In its CI Whitepaper, BMJ also touted that it is "well-positioned to lead in this work [of knowledge graph]" because "BMJ has published in the field of medicine and healthcare since 1840."  (See below, CI Whitepaper at 7.)  This indicates that BMJ "integrated medical evidence" from various |

| # | '883 Patent Claim | Accused Product |
|---|---|---|
| | | "medical evidence sources" because BMJ operates different medical journals, each of which is a medical evidence source.<br><br>BMJ also integrates third-party medical evidence source such as SNOMED-CT:<br><br><br><br>(CI Presentation at 20.)<br><br>BMJ's CI also provides "reasoning capability," as recited in the preamble. According to its Whitepaper, CI allows clinician end-user to use "a knowledge graph-based augmented clinical reasoning system."<br><br>The aim is that the clinician end-user has a delightful experience using a knowledge graph-based augmented clinical reasoning system and that they will be in a continuous learning mode as a result of receiving continuous feedback.<br><br>(CI Whitepaper at 12.) |
| 23a | a database that stores a knowledge graph including a plurality of nodes, which include a plurality of medical condition nodes, a plurality of finding | BMJ Clinical Intelligence comprises a database that stores a knowledge graph including a plurality of nodes, which include a plurality of medical condition nodes, a plurality of finding nodes, and a plurality of investigation nodes.<br><br>The knowledge graph in BMJ's CI includes many different types of nodes, including "Condition" nodes, "Finding" nodes, and "Investigation" nodes. |

| # | '883 Patent Claim | Accused Product |
|---|---|---|
| | nodes, and a plurality of investigation nodes, | **Knowledge Graph Architecture**<br><br>(CI Presentation at 30.)<br><br>(CI Presentation at 31.) |

| # | '883 Patent Claim | Accused Product |
|---|---|---|
| | | **Knowledge Graph Architecture**<br><br>(CI Presentation at 32.)<br><br>An article from Heathcare IT Today reporting on a discussion with Derrick Leung, Business Development Director at BMJ Group, describes that BMJ's "knowledge graphs map the dynamic relationships between symptoms, diseases, and treatments to provide a more flexible and accurate diagnostic pathway." *Why BMJ Group is Embedding 200 Years of Evidence Directly into Clinical Workflows*, available at https://www.healthcareittoday.com/2026/04/17/why-bmj-group-is-embedding-200-years-of-evidence-directly-into-clinical-workflows/ (last visited May 7, 2026) ("Heathcare IT Today Article"). |
| 23b | wherein at least one of said finding nodes in said knowledge graph is traversable to a first medical condition node to indicate a finding represented by said at least one of said finding nodes is associated with a first medical condition represented by said first medical condition node, | At least one of said finding nodes in said knowledge graph for BMJ Clinical Intelligence is traversable to a first medical condition node to indicate a finding represented by said at least one of said finding nodes is associated with a first medical condition represented by said first medical condition node.<br><br>The knowledge graph of CI directly connects a "Finding" node of "wheezing" to a "Condition" node of "asthma" and indicates that "wheezing" is a "symptom" of "asthma." While "wheezing" and "asthma" are used as examples of "Finding" and "Condition," BMJ's CI uses many different findings and medical conditions that will equally meet this claim element. |

| # | '883 Patent Claim | Accused Product |
|---|---|---|
| | | <br>(CI Presentation at 31.) |
| 23c | wherein at least one of said investigation nodes in said knowledge graph is traversable to a second medical condition node to indicate an investigation represented by said at least one of said investigation nodes is associated with a second medical condition represented by said second medical condition node, | At least one of said investigation nodes in said knowledge graph for BMJ Clinical Intelligence is traversable to a second medical condition node to indicate an investigation represented by said at least one of said investigation nodes is associated with a second medical condition represented by said second medical condition node.<br><br>The knowledge graph of CI shows that an "Investigation" node is pointed to a "Patient population definition" node, which is in turns pointed to a "Condition" node. This shows that the "Investigation" node is traversable to the "Condition" node that indicates an investigation is associated with a condition. |

5

| # | '883 Patent Claim | Accused Product |
|---|---|---|
| | | **Knowledge Graph Architecture**<br><br><br><br>(CI Presentation at 30.) |
| 23d | wherein one or more of said nodes in said knowledge graph are extracted from a plurality of medical evidence sources and are linked to a medical terminology ontology, | One or more of said nodes in said knowledge graph for BMJ Clinical Intelligence are extracted from a plurality of medical evidence sources and are linked to a medical terminology ontology.<br><br>BMJ is well-positioned to lead in this work. BMJ has published in the field of medicine and healthcare since 1840. It is a world-class medical publisher with decades of experience in publishing top-tier clinical journals that are known worldwide. BMJ has also been providing digital clinical decision support for over fifteen years. It has now built an expert knowledge engineering team with deep experience in the translation process from guidelines to computable evidence at scale across whole domains – from clinical medicine to population health. The result is computable evidence that can be applied at the point of care and in population health management for each and every clinical decision made.<br><br>(CI Whitepaper at 7.)<br><br>**What is BMJ Clinical Intelligence?**<br><br>• Computable evidence in the form of a knowledge graph<br><br>• Rigorous editorial methodology to ensure continuously updated, top quality, evidence-based content<br><br>(CI Presentation at 17.)<br><br>The paragraph in the Whitepaper and the Presentation above indicate BMJ use "rigorous editorial methodology" to turn the electronic text its papers in clinical journals into "computable evidence in |

| # | '883 Patent Claim | Accused Product |
|---|---|---|
| | | the form of a knowledge graph." These are examples of BMJ extracting concepts from different medical evidence sources.<br><br>Below is a specific example of how BMJ extracts as an association between a finding and a condition from an electronic text to put such association into the knowledge graph of CI.<br><br>In a paper ("Publication 1") published on BMJ Open, "Accessing primary care Big Data: the development of a software algorithm to explore the rich content of consultation records," the electronic text discussed that "wheeze," which is a finding, is associated with "Asthma," which is a condition.<br><br>Wheeze-related illness ▸ Bronchiolitis ▸ Virus-induced transient wheeze ▸ Persistent wheeze (non-atopic or atopic) ▸ Asthma<br><br>In the knowledge graph of CI, BMJ has extracted such association and showed "wheezing" as a "Finding" node and "asthma" as a "Condition" node.<br><br>(CI Presentation at 31.) |

7

| # | '883 Patent Claim | Accused Product |
|---|---|---|
| | |  (CI Presentation at 32, "diagnostic factor 11705".)  The above figure also illustrates that BMJ has extracted many "diagnostic factors" (examples of findings) that are associated with "disease," which is an example of a condition.  BMJ has also extracted different "investigation[s]." <br><br> BMJ's CI website indicates that these nodes are linked in one or more medical terminology ontology, such as SNOMED and other ontologies.  The website states the knowledge graph nodes with the dots are associated with "Clinical coding systems linked to Electronic Health Records (such as SNOMED-CT, ICD10, RxNorm, IOINC)." |

| # | '883 Patent Claim | Accused Product |
|---|---|---|
| | | https://clinicalintelligence.bmj.com/knowledge-graph-architecture/ <br><br> SNOMED shows "wheezing" in a hierarchy below. SNOMED is a medical terminology ontology. <br><br> <br><br> https://bioportal.bioontology.org/ontologies/SNOMEDCT?p=classes&conceptid=http%3A%2F%2Fpurl.bioontology.org%2Fontology%2FSNOMEDCT%2F301703002 <br><br> Publication 1 also shows various nodes in CI's knowledge graph are originally represented in a medical terminology ontology that is shown in Table 1 of the paper. |

| # | '883 Patent Claim | Accused Product |
|---|---|---|
| | | Table 1  Respiratory classification categories and the conditions included in each (Publication 1 at 4.) |
| 23e | wherein said knowledge graph is configured to support said reasoning capability by allowing traversal of ancestor-descendant relationships among one or more of said medical condition nodes, said finding nodes, or said investigation nodes, | Said knowledge graph for BMJ Clinical Intelligence is configured to support said reasoning capability by allowing traversal of ancestor-descendant relationships among one or more of said medical condition nodes, said finding nodes, or said investigation nodes.<br><br>The directionality illustration in the slide below from the CI Presentation shows that the knowledge graph of CI has reasoning capability and allows "traversal of ancestor-descendant relationships among one or more of said medical condition nodes, said finding nodes, or said investigation nodes" as recited in the claim. |

10

| # | '883 Patent Claim | Accused Product |
|---|---|---|
| | | **Knowledge Graph Architecture**<br><br><br><br>(CI Presentation at 30.)<br><br>The Heathcare IT Today Article describes that BMJ's "knowledge graph is not like traditional clinical decision support which is rules-based. Our knowledge graph is based on relationships." |
| 23f | and wherein said medical terminology ontology includes a Systemized Nomenclature of Medicine-Clinical Terms (SNOMED-CT) database, or a Logical Observation Identifiers, Names, and Codes (LOINC) database; | Said medical terminology ontology for BMJ Clinical Intelligence includes a Systemized Nomenclature of Medicine-Clinical Terms (SNOMED-CT) database, or a Logical Observation Identifiers, Names, and Codes (LOINC) database.<br><br>CI clearly uses both SNOMED-CT and LOINC.<br><br><br><br>(CI Presentation at 20.) |

11

| # | '883 Patent Claim | Accused Product |
|---|---|---|
| | | BMJ's CI website indicates that CI's knowledge graph nodes are "linked to Electronic Health Records (such as SNOMED-CT, ICD10, RxNorm, IOINC)." https://clinicalintelligence.bmj.com/knowledge-graph-architecture/ |
| 23g | a computer system comprising one or more processors and memory that stores instructions, wherein the instructions, when executed by the one or more processors, cause the one or more processors to: | BMJ Clinical Intelligence comprises a computer system comprising one or more processors and memory that stores instructions, wherein the instructions, when executed by the one or more processors, cause the one or more processors to perform the claimed steps that follow. Based on the figure below from BMJ's Presentation, CI is clearly a computer product.  Hence, BMJ uses "processors" and "memory that stores instructions" to operate CI. (CI Presentation at 20.) |

12

| # | '883 Patent Claim | Accused Product |
|---|---|---|
|   |   |   |

| 23h | receive, via an application programming interface (API), a medical query from a software application for querying said knowledge graph; | BMJ Clinical Intelligence receives, via an application programming interface (API), a medical query from a software application for querying said knowledge graph.

The illustration below includes evidence that CI is intended to be used to communicate with other software applications such as CQL, FHIR, and SMART.  (CI Presentation at 20.)  Hence, CI includes one or more APIs for receiving a medical query from a software application to query CI's knowledge graph.



(CI Presentation at 20.)

BMJ's CI website also has a "technical architecture" page that shows that the "knowledge graph repository" supports "KG [knowledge graph] extract / query" to enable "Direct knowledge graph query" and "LLM support."   It also provides "Clinical data APIs."

 |

| # | '883 Patent Claim | Accused Product |
|---|---|---|
| | | https://clinicalintelligence.bmj.com/technical-architecture/<br><br>The Heathcare IT Today Article describes that BMJ is "moving that knowledge base directly into the clinical workflow via an API." |
| 23i | identify, using said reasoning capability, a set of ancestor-descendant relationships of said knowledge graph that are relevant to said medical query, wherein said reasoning capability including traversing said knowledge graph to identify one or more of said medical condition nodes, said finding nodes, or said investigation nodes that are relevant to said medical query; and | BMJ Clinical Intelligence identifies, using said reasoning capability, a set of ancestor-descendant relationships of said knowledge graph that are relevant to said medical query, wherein said reasoning capability including traversing said knowledge graph to identify one or more of said medical condition nodes, said finding nodes, or said investigation nodes that are relevant to said medical query.<br><br>Based on the query, BMJ traverses the knowledge graph to identify relevant nodes, as illustrated in the slide below.<br><br>**Knowledge Graph Architecture**<br><br><br><br>(CI Presentation at 30.)<br><br>BMJ's Whitepaper also shows that CI allows a traversal of the knowledge graph to "identify one or more of said medical condition nodes, said finding nodes, or said investigation nodes that are relevant to said medical query" as recited in the claim.<br><br>Knowledge graphs allow us to reason in different ways as compared to simple rule-based approaches. A knowledge graph allows us to use semantic reasoning and look across the graph for relationships between diseases and other diseases, between diseases and findings, between findings and other findings, between findings and drugs, and even between drugs and diseases.<br><br>(CI Whitepaper at 9.) |

| # | '883 Patent Claim | Accused Product |
|---|---|---|
| | | The Heathcare IT Today Article describes that BMJ's "knowledge graph is not like traditional clinical decision support which is rules-based. Our knowledge graph is based on relationships." |
| 23j | output, responsive to said medical query, an output to said software application, | BMJ Clinical Intelligence outputs, responsive to said medical query, an output to said software application.<br><br>BMJ has established one or more APIs for receiving medical queries from a software application to query CI's knowledge graph.  CI can provide a response to the medical query.<br><br><br><br>(CI Presentation at 20.)<br><br>BMJ's CI website has a "technical architecture" page that shows that the "knowledge graph repository" supports "KG [knowledge graph] extract / query" to enable "Direct knowledge graph query" and "LLM support."   It also provides "Clinical data APIs." |

16

| # | '883 Patent Claim | Accused Product |
|---|---|---|
| | |  https://clinicalintelligence.bmj.com/technical-architecture/ |
| 23k | wherein said output includes data related to one or more of said medical condition nodes, said finding nodes, or said investigation nodes that are relevant to said medical query in order for said software application to generate a medical determination. | Said output from BMJ Clinical Intelligence includes data related to one or more of said medical condition nodes, said finding nodes, or said investigation nodes that are relevant to said medical query in order for said software application to generate a medical determination.<br><br>BMJ has indicated that the use cases of CI include "directing care," "support next best clinical action." (CI Presentation at 21.) This shows that the knowledge graph enables software to generate "a healthcare determination," as recited in the claim.<br><br>(CI Presentation at 21.) |

| # | '883 Patent Claim | Accused Product |
|---|---|---|
| | | **How might BMJ Clinical Intelligence be used?**<br><br>BMJ Clinical Intelligence can be used in multiple contexts. It can be used in clinical decision support at the point of care via web services or as a SMART on FHIR application for individual patients. It can also be used as a knowledge resource in population health to address the care of cohorts of patients.<br><br>At the point of care, the graph can be queried to look for deviations from a patient's expected course – for a care gap or untoward trend. And in turn, once it detects a deviation, it can suggest an early intervention to rectify the patient's care.<br><br>(CI Whitepaper at 8.) |

18