MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
JESSICA L. BENZLER (CSB No. 306164)
jbenzler@fenwick.com
PAYAM AHMADI (CSB No. 353973)
pahmadi@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300
Facsimile: 415.281.1350

DAVID L. HAYES (CSB No. 122894)
dhayes@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Plaintiff EVIDIUM, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EVIDIUM, INC.,

Plaintiff,

v.

BMJ PUBLISHING GROUP LIMITED,

Defendant.

Case No.: 4:26-cv-05050-AMO

**JOINT STIPULATION AND ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; [PROPOSED] ORDER**

Date: August 27, 2026
Time: 10:00 a.m.
Courtroom: Oakland, Ctrm 5, 2nd Floor
Judge: Hon. Araceli Martínez-Olguín

Pursuant to Civil Local Rules 6-3, 7-11, 7-12, and 16-2, Plaintiff Evidium, Inc. respectfully submits this stipulation and administrative motion for an order continuing the Initial Case Management Conference currently scheduled for August 27, 2026 at 10:00 a.m. before the Honorable Araceli Martínez-Olguín, to October 22, 2026 or the next available date on the Court's calendar. Counsel for Evidium has conferred with counsel for Defendant BMJ Publishing Group

Limited and Defendant has agreed to stipulate to the relief sought herein.

On June 15, 2026, following reassignment of this action to the Honorable Araceli Martínez-Olguín, the Court set an Initial Case Management Conference for August 27, 2026 at 10:00 a.m., with a Joint Case Management Statement due by August 20, 2026. Defendant BMJ Publishing Group Limited ("BMJ") was served with Summons and the Complaint on June 8, 2026. The parties agreed to an extension of time for BMJ to answer, move, or otherwise respond to Evidium's Complaint until August 13, 2026. *See* Dkt. No. 18.

Good cause exists to continue the case management conference and associated deadlines. Lead counsel for Evidium has a Final Pretrial Conference on the same day, August 27, 2026, before the U.S. District Court in the Eastern District of Texas that requires him to appear in person in Sherman, Texas. *See* accompanying Declaration of Michael J. Sacksteder. The parties therefore respectfully request to move the date of the Initial Case Management Conference from August 27, 2026 to October 22, 2026. The proposed date is the next date that both counsel are available for the Court's Thursday case management conference schedule. There has been no other schedule change, or request to move this conference, in this case.

While this date change pushes the Initial Case Management Conference back by eight weeks, it will not delay progress in this case. The parties have agreed and hereby stipulate to the following deadlines:

(1) August 27, 2026: Deadline to conduct the Rule 26(f) conference;

(2) September 10, 2026: Deadline to serve initial disclosures; and

(3) September 11, 2026: Discovery opens.

The parties will also diligently work toward completing their Joint Case Management Statement in the intervening weeks.

For these reasons, the parties respectfully request that the Court continue the Initial Case Management Conference, currently set for August 27, 2026, to October 22, 2026 or to such other date as is convenient for the Court and correspondingly continue the deadline to file a Joint Case Management Statement to a date calculated from the new case management conference date in accordance with the Court's standard practices.

Dated: August 12, 2026

FENWICK & WEST LLP

By: */s/ Michael J. Sacksteder*

Michael J. Sacksteder (SBN No. 191605)
msacksteder@fenwick.com
Jessica L. Benzler (SBN No. 306164)
jbenzler@fenwick.com
Payam Ahmadi (SBN No. 353973)
pahmadi@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

DAVID L. HAYES (SBN No. 122894)
dhayes@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff EVIDIUM, INC.

Dated: August 12, 2026

NIXON PEABODY LLP

By: */s/ Joshua J. Pollack*

Seth D. Levy (SBN 217638)
slevy@nixonpeabody.com
Joshua J. Pollack (SBN 215922)
jpollack@nixonpeabody.com
NIXON PEABODY LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

Angelo J. Christopher (IL SBN. 6323738)
(admitted *pro hac vice*)
achristopher@nixonpeabody.com
NIXON PEABODY LLP
70 W. Madison St., Suite 5200
Chicago, IL 60602
Telephone: (312) 977-4400
Facsimile: (312) 977-4405

Attorneys for Defendant BMJ Publishing Group Limited

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that concurrence in the filing of the foregoing document was obtained from all of its signatories.

*/s/ Michael J. Sacksteder*
Michael J. Sacksteder

**IT IS SO ORDERED.** The Initial Case Management Conference is hereby continued to ____________________, 2026 and the deadline to file a Joint Case Management Statement is extended to the date calculated from the new case management conference date in accordance with the Court's standard practices. The following stipulated deadlines are also entered:

(1) August 27, 2026: Deadline to conduct the Rule 26(f) conference;

(2) September 10, 2026: Deadline to serve initial disclosures; and

(3) September 11, 2026: Discovery opens.

Dated: ________________________, 2026

____________________________________
Hon. Araceli Martínez-Olguín
United States District Court Judge