**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVIDIUM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BMJ PUBLISHING GROUP LIMITED,<br><br>Defendant. | Case No. 4:26-cv-05050-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BMJ PUBLISHING GROUP LIMITED'S MOTION TO STAY** |

Defendant BMJ Publishing Group Limited filed with this Court a Motion to Stay.

The Court having considered the papers filed by the parties, having heard argument and being fully advised, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The First, Second, Third, Fourth, and Fifth Causes of Action (Counts 1-5) for infringement of U.S. Patent Nos. 11,869,674, 12,518,882, 12,518,883, 12,640,274 and 12,725,716, are hereby STAYED pending resolution of BMJ's post-grant proceedings before the United States Patent and Trademark Office.

2. The Sixth and Seventh Causes of Action for Misappropriation of Trade Secrets under the Defend Trade Secrets Act and the California Uniform Trade Secrets Act, the Eighth

Cause of Action for Breach of Contract, the Ninth Cause of Action for Breach of the Implied Covenant of Good Faith and Fair Dealing, and the Tenth Cause of Action for Unfair Competition (Counts 6-10) are hereby STAYED pending resolution of BMJ's post-grant proceedings before the United States Patent and Trademark Office.

3. The Parties are further ORDERED to file with the Court a joint case management statement within seven days of any and all of the following events: (1) issuance of an institution decision in any of the post-grant proceedings; (2) issuance of a final written decision in any of the post-grant proceedings; (3) expiration of the time to file a notice of appeal of a final written decision; or (4) issuance of the mandate after entry of judgment on appeal of a final written decision. The joint case management statement shall apprise the Court of the Patent Trial and Appeal Board's decision and describe the parties' respective positions regarding whether the stay should continue in light of the remaining steps before the Patent Trial and Appeal Board.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________________
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge