MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
JESSICA L. BENZLER (CSB No. 306164)
jbenzler@fenwick.com
PAYAM AHMADI (CSB No. 353973)
pahmadi@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300
Facsimile: 415.281.1350

DAVID L. HAYES (CSB No. 122894)
dhayes@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

DANIEL W. LEDESMA (Admitted *pro hac vice*)
dledesma@fenwick.com
FENWICK & WEST LLP
902 Broadway, Suite 18
New York, NY 10010
Telephone: 212.430.2600
Facsimile: 650.938.5200

Attorneys for Plaintiff EVIDIUM, INC.



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EVIDIUM, INC.,

Plaintiff,

v.

BMJ PUBLISHING GROUP LIMITED,

Defendant.

Case No.: 4:26-cv-05050-AMO

**STIPULATED REQUEST TO EXTEND BRIEFING DEADLINES FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT; ~~[PROPOSED]~~ ORDER**

Date: December 10, 2026
Time: 2:00 p.m.
Courtroom: Oakland, Ctrm 5, 2nd Floor
Judge: Hon. Araceli Martínez-Olguín

Pursuant to Civil Local Rules 6-2 and 7-12, and this Court's Civil Standing Order Section B, Plaintiff Evidium, Inc. respectfully submits this stipulated request for an order extending the briefing deadlines for Defendant BMJ Publishing Group Limited's Motion to Dismiss Plaintiff Evidium, Inc.'s First Amended Complaint each by one week, with Evidium's opposition due by October 22, 2026 and BMJ's reply brief due by November 5, 2026. Counsel for Evidium has conferred with counsel for Defendant BMJ Publishing Group Limited and Defendant has agreed to stipulate to the relief sought herein.

Evidium filed its First Amended Complaint on September 3, 2026. *See* Dkt. No. 30. BMJ filed its Motion to Dismiss on October 1, 2026. Dkt. No. 34. Evidium's opposition and BMJ's reply brief are currently due October 15, 2026 and October 22, 2026, respectively. *Id.*; L.R. 7-3(a), (c). The hearing is scheduled for December 10, 2026. Dkt. No. 34.

Good cause exists to extend the briefing deadlines for BMJ's Motion to Dismiss. The hearing on BMJ's Motion to Dismiss is set for December 10, 2026, seven weeks after briefing was originally scheduled to close under the Local Rules. BMJ's Motion to Dismiss challenges all five asserted patents as patent ineligible under 35 U.S.C. Section 101 and presents additional challenges directed to Evidium's claims for breach of implied covenant and unfair competition. Allowing the parties each an extra week to prepare their briefs will better enable each to address these arguments. Counsel for Evidium also has travel conflicts during its time to prepare Evidium's opposition. *See* Declaration of Jessica L. Benzler. Under the parties' proposed schedule, briefing will close five weeks in advance of the December 10, 2026 hearing.

This extension will not affect any other deadlines in this case, and there has been no prior request to move these deadlines.

For these reasons, the parties respectfully request that the Court extend the deadlines for Evidium's opposition to and BMJ's reply brief in support of BMJ's Motion to Dismiss Plaintiff Evidium, Inc.'s First Amended Complaint by one week each, to October 22, 2026 and November 5, 2026, respectively.

FENWICK & WEST LLP
ATTORNEYS AT LAW

Dated: October 7, 2026

FENWICK & WEST LLP

By: */s/ Michael J. Sacksteder*
Michael J. Sacksteder (SBN No. 191605)
msacksteder@fenwick.com
Jessica L. Benzler (SBN No. 306164)
jbenzler@fenwick.com
Payam Ahmadi (SBN No. 353973)
pahmadi@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

DAVID L. HAYES (SBN No. 122894)
dhayes@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Plaintiff EVIDIUM, INC.

Dated: October 7, 2026

NIXON PEABODY LLP

By: */s/ Joshua J. Pollack*
Seth D. Levy (SBN 217638)
slevy@nixonpeabody.com
Joshua J. Pollack (SBN 215922)
jpollack@nixonpeabody.com
NIXON PEABODY LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

Angelo J. Christopher (IL SBN. 6323738)
(admitted *pro hac vice*)
achristopher@nixonpeabody.com
NIXON PEABODY LLP
70 W. Madison St., Suite 5200
Chicago, IL 60602
Telephone: (312) 977-4400
Facsimile: (312) 977-4405

Attorneys for Defendant BMJ Publishing Group Limited

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned attests that concurrence in the filing of the foregoing document was obtained from all of its signatories.

*/s/ Michael J. Sacksteder*
Michael J. Sacksteder

**IT IS SO ORDERED.** The briefing deadlines for Defendant BMJ Publishing Group Limited's Motion to Dismiss Plaintiff Evidium, Inc.'s First Amended Complaint (Dkt. No. 34) are extended as follows:

October 22, 2026 – Evidium's Opposition to Motion to Dismiss

November 5, 2026 – BMJ's Reply in Support of Motion to Dismiss

December 10, 2026 – Hearing Date for Motion to Dismiss

Dated: October 9, 2026

Hon. Araceli Martínez-Olguín
United States District Court Judge